FRED S. JACKSON, Respondent, *v.* CHARLES W. STRONG, Appellant, Impleaded with Others.

Reported below, 170 App. Div. ——.
(Argued September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1915, affirming a judgment in favor of plaintiff entered upon a report of a referee.

The motion was made upon the ground that the action was one to recover for services; that the affirmance was unanimous and that permission to appeal had not been obtained.

*Wallace Thayer* for motion.

*Charles B. Sears* opposed.

Motion denied, with ten dollars costs.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH LUCIE et al., Appellants.

*People* v. *Lucie,* 165 App. Div. 979, appeal dismissed.
(Submitted September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1914, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of criminally receiving stolen property.

The motion was made upon the ground of failure to file the required return.

*Charles A. Perkins, District Attorney (Louis Fabricant* of counsel), for motion.

No one opposed.

Motion granted.